UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.S., <u>individually and on behalf of D.S.</u>, <u>et al.</u>,<br><br>       Plaintiffs,<br><br> -v-<br><br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>       Defendant. | CIVIL ACTION NO. 26 Civ. 906 (JLR) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 14, the parties were required to file a joint status letter (the "Letter") by May 26, 2026 updating the Court on the status of settlement. (Dkt. No. 14).[1]  To date, the parties have not filed the Letter.  As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** the parties' deadline to file the Letter to **June 3, 2026**.

Dated:      New York, New York
            May 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] Given that the parties are engaging in settlement discussions, and have represented that no discovery is needed, all other deadlines in this case are currently held in abeyance.  (Dkt. No. 14).